IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| DAVID ROBERTS, | ) |
| Plaintiff, | ) |
| v. | ) Case No.: 4:23-CV-00060-ALM |
| NEXTECH CENTRAL, LLC, | ) |
| Defendant. | ) |

**AGREED ORDER REGARDING**
**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff David Roberts and Defendant Nextech Central, LLC, by and through their respective undersigned counsel of record, and, pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby jointly and mutually stipulate to dismissal of Plaintiff's Original Complaint and First Amended Complaint and this case in its entirety, including all claims asserted herein against any party and by virtue of any pleading entered or filed in this case and its proceedings, with prejudice as to refiling. The parties further stipulate to the removal of the case from the Court's docket. All parties will bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

**SIGNED this 31st day of July, 2024.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE